## AFFIRMATION OF SERVICE

**State of New York**  **County of Eastern**  **United States District Court**

Index Number: 1:25-CV-00975
Date Filed: 2/21/2025

Plaintiff:
**Victoria NYC I Inc d/b/a Rx2Go**

vs.

Defendant:
**DGN Pharmacy Inc. d/b/a PersonalRX**

For:
Emanuel Kataev, Esq
Sage Legal LLC
18211 Jamaica Avenue
Jamaica, NY 11423

Received by Nicoletti & Harris to be served on **DGN Pharmacy Inc. s/h/a DGN Pharmacy Inc. d/b/a PersonalRX**.

I, Patricia Burke, do hereby affirm that on the **28th day of February, 2025** at **3:15 pm**, I:

served **DGN Pharmacy Inc. s/h/a DGN Pharmacy Inc. d/b/a PersonalRX** by delivering two true copies of the **Summons in a Civil Action with Complaint and Jury Demand pursuant to New York State Section 306 BCL** together with statutory service fee in the amount of $40.00 to **Sue Zouky** as **Business Document Specialist 2** of New York State Department of State, 99 Washington Avenue, 6th Floor, Albany, NY 12210. The New York State Department of state being the Registered Agent/Statutory Agent of record of the within named company, in compliance with state statutes.

**Description** of Person Served: Age: 70, Sex: F, Race/Skin Color: White, Height: 5'4", Weight: 150, Hair: Brown, Glasses: N

I certify that I am over the age of 18, have no interest in the above action.

I affirm on 3/3/25, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

Patricia Burke
Process Server

Nicoletti & Harris
101 Avenue Of The Americas
9th Floor
New York, NY 10013

Our Job Serial Number: NHI-2025004544

Copyright © 1992-2025 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0b