**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
**VICTORIA NYC I INC d/b/a RX2GO,**

                       **Plaintiff,**

       -against-

**DGN PHARMACY INC. d/b/a PERSONALRX,**

                       **Defendant.**
-------------------------------------------------------------x

**Case No.:** 1:25-cv-975 (KAM) (MMH)

**PLAINTIFF'S REQUEST FOR CERTIFICATE OF DEFAULT AGAINST DEFENDANT**

      TO:    BRENNA B. MAHONEY
                 UNITED STATES DISTRICT COURT
                 EASTERN DISTRICT OF NEW YORK

Please enter the default of Defendant DGN Pharmacy Inc. d/b/a PersonalRx, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend this action as fully appears from the court file herein.

Dated: Jamaica, New York
          May 29, 2025

Respectfully submitted,

**SAGE LEGAL LLC**

 /s/  Emanuel Kataev, Esq.
Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
emanual@sagelegal.com

*Attorneys for Plaintiff*
*Victoria NYC I Inc*
*d/b/a Rx2Go*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
**VICTORIA NYC I INC d/b/a RX2GO,**

                **Plaintiff,**

  -against-

**DGN PHARMACY INC. d/b/a PERSONALRX,**

                **Defendant.**
-------------------------------------------------------------x

**Case No.:** 1:25-cv-975 (KAM) (MMH)

**CERTIFICATE OF DEFAULT**

    I, Brenna B. Mahoney, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the defendant DGN Pharmacy Inc. d/b/a PersonalRx has not filed an answer or otherwise moved with respect to the complaint herein. The default of defendant DGN Pharmacy Inc. d/b/a PersonalRx is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
       May _____, 2025

                                            **BRENNA B. MAHONEY**
                                            Clerk of the Court


                              By: _____
                                            Deputy Clerk