## Affirmation of Service

| | | |
|---|---|---|
| **State of New York** | **County of Eastern** | **United States District Court** |

Index Number: 1:25-CV-00975
Date Filed: 2/21/2025

Plaintiff:
**Victoria NYC I Inc d/b/a Rx2Go**

vs.

Defendant:
**DGN Pharmacy Inc. d/b/a PersonalRX**

For:
Emanuel Kataev, Esq
Sage Legal LLC
18211 Jamaica Avenue
Jamaica, NY 11423

Received by Nicoletti & Harris to be served on **DGN Pharmacy Inc. d/b/a PersonalRX, 20 Murray Hill Parkway, Suite No. 210, East Rutherford, NJ 07073-2158**.

I, James Nicoletti, do hereby affirm that on the **27th day of May, 2025** at **11:06 am, I:**

served a **CORPORATION** by delivering a true copy of the **Summons in a Civil Action with Complaint** with the date and hour of service endorsed thereon by me, to: **Larry Margolis** as CEO for **DGN Pharmacy Inc. d/b/a PersonalRX**, at the address of: **20 Murray Hill Parkway, Suite No. 210, East Rutherford, NJ 07073-2158**, and informed said person of the contents therein, in compliance with state statutes.

**Perceived Description** of Person Served: Age: 55, Gender: M, Race: White, Height: 6'1", Weight: 215, Hair: Balding, Glasses: N

I certify that I am over the age of 18 and have no interest in the above action.

I affirm this 28TH day of MAY, 2025, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

James Nicoletti

Nicoletti & Harris
101 Avenue of the Americas
9th floor
New York, NY 10013
(212) 267-6448

Our Job Serial Number: NHI-2025012466

Copyright © 1992-2025 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0c

