# Sage Legal LLC

18211 Jamaica Avenue • Jamaica, NY 11423-2327 • (718) 412-2421 • emanuel@sagelegal.nyc

May 29, 2025

**VIA ECF**
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. Marcia M. Henry, U.S.M.J.
225 Cadman Plaza East
Courtroom 504N
Brooklyn, NY 11201-1804

   *Re:*  **Victoria NYC I Inc d/b/a Rx2Go v. DGN Pharmacy Inc d/b/a PersonalRx**
      <u>**Case No.: 1:25-cv-975 (KAM) (MMH)**</u>

Dear Judge Henry:

  This firm represents the Plaintiff in the above-captioned case. I write consistent with this Court's Order dated May 27, 2025 to submit the instant status report on this case.

  The Defendant was previously properly served, and today a renewed request for a certificate of default, with the required certificate of mailing, was filed. Upon receipt of a certificate of default, Plaintiff will proceed to move for judgment by default consistent with Rule 55 of the Federal Rules of Civil Procedure.

  Plaintiff wishes to apprise the Court that counsel for Defendant was in contact with your undersigned in late March. The parties discussed settlement and an extension of time to respond to the complaint, which Plaintiff agreed to. However, counsel for Defendant thereafter informed your undersigned that he would not be appearing in this case and that I would hear from another attorney; that never transpired. I provide this information because it is reasonably expected to be provided in a status report and to indicate that Defendant has willfully defaulted despite knowledge of the existence of this case.

Dated: Jamaica, New York
   May 29, 2025         Respectfully submitted,
                 **SAGE LEGAL LLC**
                 <u>*/s/ Emanuel Kataev, Esq.*</u>
                 Emanuel Kataev, Esq.
                 18211 Jamaica Avenue
                 Jamaica, NY 11423-2327
                 (718) 412-2421 (office)
                 (917) 807-7819 (cellular)
                 (718) 489-4155 (facsimile)
                 emanuel@sagelegal.nyc

                 *Attorneys for Plaintiff*
                 *DGN Pharmacy Inc d/b/a PersonalRx*