# Sage Legal LLC

18211 Jamaica Avenue • Jamaica, NY 11423-2327 • (718) 412-2421 • emanuel@sagelegal.nyc

June 17, 2025

**VIA ECF**
United States District Court
Eastern District of New York
<u>Attn</u>: Clerk of the Court
225 Cadman Plaza East
Brooklyn, NY 11201-1804

    *Re:*    **Victoria NYC I Inc d/b/a Rx2Go v. DGN Pharmacy Inc d/b/a PersonalRx**
            **Case No.: 1:25-cv-975 (KAM) (MMH)**

Dear Sir or Madam:

    This firm represents the Plaintiff in the above-captioned case. I write to provide proof of service of the request for certificate of default. Based upon this, I respectfully request that the Clerk of the Court issue a certificate of default.

Dated: Jamaica, New York
       June 17, 2025                  Respectfully submitted,

                                              **SAGE LEGAL LLC**

                                              */s/ Emanuel Kataev, Esq.*
                                              Emanuel Kataev, Esq.
                                              18211 Jamaica Avenue
                                              Jamaica, NY 11423-2327
                                              (718) 412-2421 (office)
                                              (917) 807-7819 (cellular)
                                              (718) 489-4155 (facsimile)
                                              emanuel@sagelegal.nyc

                                              *Attorneys for Plaintiff*
                                              *DGN Pharmacy Inc d/b/a PersonalRx*