## RETURN OF SERVICE

State of New York          County of Eastern          United States District Court

Index Number: 1:25-CV-00975
Date Filed: 2/21/2025

Plaintiff: **Victoria NYC I Inc d/b/a Rx2Go**
vs.
Defendant: **DGN Pharmacy Inc. d/b/a PersonalRX**

For:
Emanuel Kataev, Esq
Sage Legal LLC
18211 Jamaica Avenue
Jamaica, NY 11423

Received by Nicoletti & Harris to be served on **DGN Pharmacy Inc. d/b/a PersonalRX, 20 Murray Hill Pkwy, Ste #210, East Rutherford, NJ 07073**.

I, Ana Sanchez, do hereby affirm that on the **12th day of June, 2025** at **3:03 pm**, I:

Deponent completed service by mailing a true copy of the **Plaintiff's Request for Certificate of Default against Defendant, Certificate of Default, Declaration in Support of Motion for Default Judgment against Defendant, and Affirmation of Service.** in a postpaid envelope to the address of: **20 Murray Hill Pkwy, Ste #210, East Rutherford, NJ 07073** by Certified Mail Return Receipt ( # 9589 0710 5270 1832 4591 00) on **6/12/2025** and placed in an official depository of the U.S.P.S. in the State of New York.

**Additional Information pertaining to this Service:**
Certified Mailing

I certify that I am over the age of 18 and have no interest in the above action.

Ana Sanchez
2084176

Nicoletti & Harris
101 Avenue of the Americas
9th floor
New York, NY 10013
(212) 267-6448

Our Job Serial Number: NHI-2025013932



