**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
**VICTORIA NYC I INC d/b/a RX2GO,**

                  **Plaintiff,**

   -against-

**DGN PHARMACY INC. d/b/a PERSONALRX,**

                 **Defendant.**
-------------------------------------------------------------x

**Case No.:** 1:25-cv-975 (KAM) (MMH)

**CERTIFICATE OF DEFAULT**

     I, Brenna B. Mahoney, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the defendant DGN Pharmacy Inc. d/b/a PersonalRx has not filed an answer or otherwise moved with respect to the complaint herein. The default of defendant DGN Pharmacy Inc. d/b/a PersonalRx is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
       June 27, 2025

                                                   **BRENNA B. MAHONEY**
                                                   Clerk of the Court

                                   By: *Jalitza Poveda*
                                                Deputy Clerk