# **INVOICE**

Invoice #NHI-2025004544
7/3/2025



**Send Payments To:**
Nicoletti & Harris
101 Avenue of the Americas
9th floor
New York, NY 10013
Phone: (212) 267-6448
Fax: (212) 267-5942

Emanuel Kataev, Esq
Sage Legal LLC
18211 Jamaica Avenue
Jamaica, NY 11423

Your Contact: Emanuel Kataev
**Case Number: Eastern 1:25-CV-00975**

Plaintiff:
**Victoria NYC I Inc d/b/a Rx2Go**

Defendant:
**DGN Pharmacy Inc. d/b/a PersonalRX**

Served: 2/28/2025 3:15 pm
To be served on: DGN Pharmacy Inc. s/h/a DGN Pharmacy Inc. d/b/a PersonalRX

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Local) | 1.00 | 62.00 | 62.00 |
| copy cost | 20.00 | 0.25 | 5.00 |
| Statutory Fee | 1.00 | 40.00 | 40.00 |
| Fuel Surcharge | 1.00 | 2.50 | 2.50 |
| TOTAL CHARGED: | | | $109.50 |
| 2/25/2025  CC **6661  Online Pre-Payment | | | 109.50 |
| **BALANCE DUE:** | | | **$0.00** |

Thank you for your business!

Please enclose a copy of this invoice with your payment.

Payments can be made by visiting https://nhi.sopstatus.com.

# INVOICE

Invoice #NHI-2025012466
7/3/2025



**Send Payments To:**
**Nicoletti & Harris**
**101 Avenue of the Americas**
**9th floor**
**New York, NY 10013**
**Phone: (212) 267-6448**
**Fax: (212) 267-5942**

Emanuel Kataev, Esq
Sage Legal LLC
18211 Jamaica Avenue
Jamaica, NY 11423

Your Contact: Emanuel Kataev
**Case Number: Eastern 1:25-CV-00975**

Plaintiff:
**Victoria NYC I Inc d/b/a Rx2Go**

Defendant:
**DGN Pharmacy Inc. d/b/a PersonalRX**

Served: 5/27/2025 11:06 am
To be served on: DGN Pharmacy Inc. d/b/a PersonalRX

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
| --- | --- | --- | --- |
| Service Fee (Nationwide) | 1.00 | 170.00 | 170.00 |
| copy cost | 20.00 | 0.25 | 5.00 |
| Fuel Surcharge | 1.00 | 2.50 | 2.50 |
| TOTAL CHARGED: | | | $177.50 |
| 5/23/2025  CC **8ab8  Online Pre-Payment | | | 177.50 |
| **BALANCE DUE:** | | | **$0.00** |

Thank you for your business!

Please enclose a copy of this invoice with your payment.

Payments can be made by visiting https://nhi.sopstatus.com.

Copyright © 1992-2025 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0c

Page 1 / 1

## **INVOICE**



Invoice #NHI-2025013932
6/17/2025



**Send Payments To:**
**Nicoletti & Harris**
**101 Avenue of the Americas**
**9th floor**
**New York, NY 10013**
**Phone: (212) 267-6448**
**Fax: (212) 267-5942**

Emanuel Kataev, Esq
Sage Legal LLC
18211 Jamaica Avenue
Jamaica, NY 11423

Your Contact: Emanuel Kataev
**Case Number: Eastern 1:25-CV-00975**

Plaintiff:
**Victoria NYC I Inc d/b/a Rx2Go**

Defendant:
**DGN Pharmacy Inc. d/b/a PersonalRX**

Served: 6/12/2025 3:03 pm
To be served on: DGN Pharmacy Inc. d/b/a PersonalRX

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee via Certified Mail | 1.00 | 32.00 | 32.00 |
| copy cost | 5.00 | 0.25 | 1.25 |
| Same day Rush - Late Afternoon | 1.00 | 150.00 | 150.00 |
| Mailing Fee | 1.00 | 10.72 | 10.72 |
| TOTAL CHARGED: | | | $193.97 |

**BALANCE DUE:** $193.97

**Comments pertaining to this invoice:**
DGN Pharmacy Inc. d/b/a PersonalRX, 20 Murray Hill Pkwy, Ste #210, East Rutherford, NJ 07073

Please enclose a copy of this invoice with your payment.

Payments can be made by visiting https://nhi.sopstatus.com.

Copyright © 1992-2025 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0c

Page 1 / 1