UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
**VICTORIA NYC I INC d/b/a RX2GO,**

                **Plaintiff,**

    -against-

**DGN PHARMACY INC. d/b/a PERSONALRX,**

                **Defendant.**
----------------------------------------------------------------x

Case No.: 1:25-cv-975 (KAM) (MMH)

**JUDGMENT BY DEFAULT**

It is hereby ORDERED, ADJUDGED AND DECREED: that upon Plaintiff Victoria NYC I Inc d/b/a Rx2Go's motion for a default judgment before the Hon. Kiyo A. Matsumoto, United States District Judge, Plaintiff has judgment for damages in the sum of $146,352.85 for compensatory damages and costs as against the Defendant, plus pre-judgment interest and post-judgment interest.

Dated: Brooklyn, New York

_____, 2025

SO ORDERED

_____
Kiyo A. Matsumoto, U.S.D.J.

**RUBY J. KRAJICK**

_____
**Clerk of Court**

By:  _____
     Deputy Clerk