**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
**VICTORIA NYC I INC d/b/a RX2GO,**

                  **Plaintiff,**

    -against-

**DGN PHARMACY INC. d/b/a PERSONALRX,**

                  **Defendant.**
-------------------------------------------------------------X

Case No.: 1:25-cv-975 (KAM) (MMH)

**NOTICE OF MOTION**

      **PLEASE TAKE NOTICE**, that upon the accompanying Memorandum of Law, Plaintiff Victoria NYC I Inc d/b/a Rx2Go ("Plaintiff") will move this Court at the Courthouse located at 225 Cadman Plaza East, Brooklyn, New York 11021, at a date and time to be determined by the Court, for an Order permitting Plaintiff to file exhibits under seal and/or redact selected portions of other documents submitted to the Court in connection with Plaintiff's motion for a default judgment against Defendant DGN Pharmacy Inc. d/b/a PersonalRx (hereinafter "Defendant").

Dated: Jamaica, New York
       September 12, 2025

                                              Respectfully submitted,

                                              **SAGE LEGAL LLC**

                                              _/s/ Emanuel Kataev, Esq._
                                              Emanuel Kataev, Esq.
                                              18211 Jamaica Avenue
                                              Jamaica, NY 11423-2327
                                              (718) 412-2421 (office)
                                              (917) 807-7819 (cellular)
                                              (718) 489-4155 (facsimile)
                                              emanuel@sagelegal.nyc

                                              _Attorneys for Plaintiff_
                                              _Victoria NYC I Inc. d/b/a Rx2Go_