## Return of Service

**State of New York**  **County of Eastern**  **United States District Court**

Index Number: 1:25-CV-00975
Date Filed: 2/21/2025 Amended: 9/26/2025

Plaintiff: **VICTORIA NYC I INC d/b/a RX2GO,**
vs.
Defendant: **DGN PHARMACY INC. d/b/a PERSONALRX,**

For:
Emanuel Kataev, Esq
Sage Legal LLC
18211 Jamaica Avenue
Jamaica, NY 11423

Received by Nicoletti & Harris to be served on **DGN Pharmacy Inc. d/b/a PersonalRX, 20 Murray Hill Pkwy, Ste #210, East Rutherford, NJ 07073**.

I, Ana Sanchez, do hereby affirm that on the **30th day of September, 2025** at **1:53 pm**, I:

Deponent completed service by mailing a true copy of the **First Amended Complaint** in a postpaid envelope to the address of: **20 Murray Hill Pkwy, Ste #210, East Rutherford, NJ 07073** by Certified Mail Return Receipt ( # 9589 0710 5270 1832 4963 41) on **9/30/2025** and placed in an official depository of the U.S.P.S. in the State of New York.

**Additional Information pertaining to this Service:**
Certified Mailing

I certify that I am over the age of 18 and have no interest in the above action.

Ana Sanchez
2084176

Nicoletti & Harris
101 Avenue of the Americas
9th floor
New York, NY 10013
(212) 267-6448

Our Job Serial Number: NHI-2025023220



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at *www.usps.com®*.

East Rutherford, NJ 07073

| Certified Mail Fee | $5.30 | 0058 |
| --- | --- | --- |
| $ | $4.40 | 11 |

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)         $ _____
☐ Return Receipt (electronic)       $ _____      Postmark
☐ Certified Mail Restricted Delivery $ _____      Here
☐ Adult Signature Required          $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage  $1.70
$
Total Postage and Fees
$ $11.80                                09/30/2025

Sent To DGN Pharmacy Inc. dba Personal RX
Street and Apt. No., or PO Box No. 20 Murray Hill Pkwy, Ste 210
City, State, ZIP+4® East Rutherford, NJ 07073

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions