# RETURN OF SERVICE
UNITED STATES DISTRICT COURT
Eastern District of New York

Index Number: 1:25-CV-00975-KAM-MMH

Date Filed: 10/8/2025

Plaintiff: **VICTORIA NYC I INC., d/b/a Rx2Go**
vs.
Defendant: **DGN PHARMACY INC., d/b/a PersonalRx**

For:
Emanuel Kataev, Esq
Sage Legal LLC
18211 Jamaica Avenue
Jamaica, NY 11423

Received by Nicoletti & Harris to be served on **DGN Pharmacy Inc. d/b/a PersonalRX, 20 Murray Hill Pkwy, Ste #210, East Rutherford, NJ 07073**.

I, Ana Sanchez, do hereby affirm that on the **9th day of October, 2025** at **2:25 pm, I:**

Deponent completed service by mailing a true copy of the **Order to Show Cause** in a postpaid envelope to the address of: **20 Murray Hill Pkwy, Ste #210, East Rutherford, NJ 07073** by First Class Mail on **10/9/2025** and placed in an official depository of the U.S.P.S. in the State of New York.

**Additional Information pertaining to this Service:**
First Class Mail

I certify that I am over the age of 18 and have no interest in the above action.

Ana Sanchez
2084176

Nicoletti & Harris
101 Avenue of the Americas
9th floor
New York, NY 10013
(212) 267-6448

Our Job Serial Number: NHI-2025024374

