10/27/2025

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x

**VICTORIA NYC I INC d/b/a RX2GO,**

                                          **Plaintiff,**

          **-against-**

**DGN PHARMACY INC. d/b/a PERSONALRX,**

                                          **Defendant.**
-------------------------------------------------------------------x

**Case No.:** 1:25-cv-975 (KAM) (MMH)

**NOTICE OF**
**VOLUNTARY DISMISSAL**

Plaintiff Victoria NYC I Inc d/b/a Rx2Go, by its attorneys, Sage Legal LLC, hereby

respectfully gives notice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure,

of its voluntary dismissal of its claims against Defendant DGN Pharmacy Inc. d/b/a PersonalRx in

the above-captioned case without prejudice.

Dated: Jamaica, New York
          October 24, 2025

                              Respectfully submitted,

                              **SAGE LEGAL LLC**

                                _/s/ Emanuel Kataev, Esq.____
                              Emanuel Kataev, Esq.
                              18211 Jamaica Avenue
                              Jamaica, NY 11423-2327
                              (718) 412-2421 (office)
                              (917) 807-7819 (cellular)
                              (718) 489-4155 (facsimile)
                              emanuel@sagelegal.nyc

                              *Attorneys for Plaintiff*
                              *Victoria NYC I Inc d/b/a Rx2Go*